IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MALIKA POOLE, | CASE NO. 1:04 CV 01149 |
| Petitioner, | |
| -vs- | JUDGMENT ENTRY |
| PATRICIA ANDREWS, Warden, | |
| Respondent. | |

UNITED STATES DISTRICT JUDGE LESLEY WELLS

       This Court, having contemporaneously entered its Memorandum and Order Adopting the Report and Recommendation, Dismissing the Habeas Petition and Denying a Certificate of Appealability, hereby enters judgment in favor of Respondent Patricia Andrews, Warden, against Petitioner Malika Poole.

IT IS SO ORDERED.

                                                  /s/Lesley Wells
                                           UNITED STATES DISTRICT JUDGE